UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 11-255 PJS/AJB |
| Plaintiff, | (18 U.S.C. § 641) |
| | (18 U.S.C. § 1028A) |
| v. | (18 U.S.C. § 1344) |
| | (18 U.S.C. § 1349) |
| 1. MILTON CARLTON RUCKER, JR., and | |
| 2. TANIA MARIE THOMPSON, a/k/a Tania Marie Carson, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Theft of Government Property)

On or about July 22, 2011, in the State and District of Minnesota, the defendant,

**MILTON CARLTON RUCKER, JR.,**

did steal, purloin, and knowingly convert, and without authority sell, convey, and dispose of a thing of value of the United States and of any department and agency thereof, to wit, a badge, credentials, handcuffs, holster, and handgun of the Federal Bureau of Investigation, in violation of Title 18, United States Code, Section 641.

### COUNT 2
(Conspiracy to Commit Bank Fraud)

On or about July 22, 2011, in the State and District of Minnesota, the defendants,

**MILTON CARLTON RUCKER, JR., and
TANIA MARIE THOMPSON,**
a/k/a Tania Marie Carson,

SCANNED
AUG 17 2011
U.S. DISTRICT COURT MPLS

AUG 17 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTR'D

United States v. Milton Carlton Rucker, Jr., et al.

did knowingly attempt and conspire to execute a scheme and artifice to defraud a financial institution, and to obtain, by means of false and fraudulent pretenses and representations, monies and funds owned by and under the custody and control of a financial institution, in violation of Title 18, United States Code, Sections 1344 and 1349.

## PURPOSE OF THE CONSPIRACY

The unlawful purpose of the conspiracy was to enable defendants to use the credit cards and other financial instruments of victims to obtain gasoline, gift cards, and various retail items, by false and fraudulent pretenses and representations.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means of the conspiracy included that defendants would break into the parked cars of victims to steal credit cards and other financial instruments and the personal identification of victims who held accounts at financial institutions in the State of Minnesota and elsewhere.

The defendants would assist each other by providing credit cards and transportation to unlawfully obtain money from the accounts of the victims at financial institutions in the State of Minnesota and elsewhere. The defendants would then use the stolen credit cards to purchase items unlawfully at retail stores and other locations with money taken from the bank accounts of the

United States v. Milton Carlton Rucker, Jr., et al.

victims.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

### COUNT 3
(Aggravated Identity Theft)

On or about July 22, 2011, in the State and District of Minnesota, the defendants,

**MILTON CARLTON RUCKER, JR.**, and
**TANIA MARIE THOMPSON**,
a/k/a Tania Marie Carson,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and credit card account number of victim S.M., during and in relation to the commission of a felony enumerated in 18 U.S.C. § 1028A(c), to wit, conspiracy to commit bank fraud and bank fraud, in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY             FOREPERSON