UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 11-255 (PJS/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **SUPERSEDING INDICTMENT** |
| | ) |
| Plaintiff, | ) (18 U.S.C. § 641) |
| | ) (18 U.S.C. § 922(g)(1)) |
| v. | ) (18 U.S.C. § 924(e)(1)) |
| | ) (18 U.S.C. § 981(a)(1)(C)) |
| 1. MILTON CARLTON RUCKER, JR., | ) (18 U.S.C. § 1028A) |
| and | ) (18 U.S.C. § 1344) |
| | ) (18 U.S.C. § 1349) |
| 2. TANIA MARIE THOMPSON, | ) (21 U.S.C. § 853(p)) |
| a/k/a Tania Marie Carson, | ) (28 U.S.C. § 2461(c)) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Theft of Government Property)

On or about July 22, 2011, in the State and District of Minnesota, the defendant,

**MILTON CARLTON RUCKER, JR.,**

did steal, purloin, and knowingly convert, and without authority sell, convey, and dispose of a thing of value of the United States and of any department and agency thereof, to wit, a badge, credentials, handcuffs, holster, and handgun of the Federal Bureau of Investigation, in violation of Title 18, United States Code, Section 641.

### COUNT 2
(Conspiracy to Commit Bank Fraud)

On or about July 22, 2011, in the State and District of Minnesota, the defendants,

SCANNED
OCT 17 2011
U.S. DISTRICT COURT MPLS

OCT 17 2011

U.S. v. Milton Carlton Rucker, Jr., et al.        Criminal No. 11-255 (PJS/AJB)

**MILTON CARLTON RUCKER, JR.**, and
**TANIA MARIE THOMPSON**,
a/k/a Tania Marie Carson,

did knowingly attempt and conspire to execute a scheme and artifice to defraud a financial institution, and to obtain, by means of false and fraudulent pretenses and representations, monies and funds owned by and under the custody and control of a financial institution, in violation of Title 18, United States Code, Sections 1344 and 1349.

### PURPOSE OF THE CONSPIRACY

The unlawful purpose of the conspiracy was to enable defendants to use the credit cards and other financial instruments of victims to obtain gasoline, gift cards, and various retail items, by false and fraudulent pretenses and representations.

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means of the conspiracy included that defendants would break into the parked cars of victims to steal credit cards and other financial instruments and the personal identification of victims who held accounts at financial institutions in the State of Minnesota and elsewhere.

The defendants would assist each other by providing credit cards and transportation to unlawfully obtain money from the accounts of the victims at financial institutions in the State of Minnesota and elsewhere. The defendants would then use the stolen

U.S. v. Milton Carlton Rucker, Jr., et al.        Criminal No. 11-255 (PJS/AJB)

credit cards to purchase items unlawfully at retail stores and other locations with money taken from the bank accounts of the victims.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

## COUNT 3
(Aggravated Identity Theft)

On or about July 22, 2011, in the State and District of Minnesota, the defendants,

**MILTON CARLTON RUCKER, JR.**, and
**TANIA MARIE THOMPSON**,
a/k/a Tania Marie Carson,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and credit card account number of victim S.M., during and in relation to the commission of a felony enumerated in 18 U.S.C. § 1028A(c), to wit, conspiracy to commit bank fraud and bank fraud, in violation of Title 18, United States Code, Section 1028A.

## COUNT 4
(Armed Career Criminal in Possession of a Firearm)

On or about July 22, 2011, in the State and District of Minnesota, the defendant,

**MILTON CARLTON RUCKER, JR.**,

having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

U.S. v. Milton Carlton Rucker, Jr., et al.        Criminal No. 11-255 (PJS/AJB)

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Theft from Person | Hennepin County, Minnesota | February 20, 1991 |
| Aggravated Robbery | Hennepin County, Minnesota | July 2, 1992 |
| Felon in Possession of a Firearm | District of Minnesota | July 16, 1993 |
| First Degree Sale of Drugs | Ramsey County, Minnesota | February 16, 2000 |
| Receiving Stolen Property | Hennepin County, Minnesota | July 17, 2008 |
| Financial Transaction Card Fraud | Hennepin County, Minnesota | July 17, 2008 |

did knowingly possess in and affecting interstate commerce a firearm, namely, a Glock 22, .40 caliber pistol with serial number KCC874, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

### FORFEITURE ALLEGATION

Count 2 of this Superseding Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

As the result of the offenses alleged in Count 2 of this Superseding Indictment, the defendants shall forfeit to the United

U.S. v. Milton Carlton Rucker, Jr., et al.        Criminal No. 11-255 (PJS/AJB)

States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Sections 1344 and 1349.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 1344 and 1349, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON